# United States District Court
EASTERN DISTRICT OF WISCONSIN

WISCONSIN VOTER ALLIANCE, et al.,

      Plaintiffs,

v.

DON M. MILLIS, et al.,

      Defendants.

**JUDGMENT IN A CIVIL CASE**
Case No. 23-C-1416

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs take nothing and this case is dismissed.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: January 31, 2025

GINA M. COLLETTI
Clerk of Court

s/ Mary Fisher
(By) Deputy Clerk