# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

WISCONSIN VOTER ALLIANCE, RON HEUER, and KENNETH BROWN,

    Plaintiffs,

v.

DON M. MILLIS, in his official capacity as a member of the Wisconsin Elections Commission, or his successor, ROBERT F. SPINDELL, JR. in his official capacity as a member of the Wisconsin Elections Commission, or his successor, MARGE BOSTELMANN, in her official capacity as a member of the Wisconsin Elections Commission, or her successor, ANN S. JACOBS, in her official capacity as a member of the Wisconsin Elections Commission, or her successor, MARK L. THOMSEN, in his official capacity as a member of the Wisconsin Elections Commission, or his successor, MEGAN WOLFE, in her official capacity as Administrator of the Wisconsin Elections Commission, or her successor,

    Defendants.

Case No. 1:23-cv-01416-WCG

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Wisconsin Voter Alliance, Ron Heuer, and Kenneth Brown appeal to the United States Court of Appeals for the Seventh Circuit from the Judgment entered on January 31, 2025 (Dckt. No. 44) based upon the Decision and Order denying Plaintiffs' motion for summary judgment dated January 31, 2025 (Dckt. No.

43). The Decision and Order adjudicated all claims asserted under 42 U.S.C. § 1983 (for lack of standing).

Dated: February 19, 2025

*Electronically Signed by Erick G. Kaardal*
Erick G. Kaardal, No. 1035141
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis, Minnesota 55402
Telephone: 612-341-1074
Email: kaardal@mklaw.com
*Attorneys for Plaintiffs-Appellants*