# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

February 20, 2025

**To:** Gina M. Colletti
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Case No: 25-1279

Caption:
WISCONSIN VOTERS ALLIANCE, et al.,
    Plaintiffs - Appellants

v.

DON M. MILLIS, et al.,
    Defendants - Appellees

District Court No: 1:23-cv-01416-WCG
District Judge William C. Griesbach
Clerk/Agency Rep Gina M. Colletti

Date NOA filed in District Court: 02/19/2025

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)